IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ERIC SEYMOUR WILLIAMS,

    Plaintiff,

v.                                      CASE NO. 1:11-cv-186-MP-GRJ

LINDA MCGRATH, et al.

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On November 7, 2011, the Court ordered Plaintiff to file an amended complaint. Doc. 4. The Clerk served the Order upon Plaintiff at his last address of record, but the Order was returned to the Court as "not deliverable" and "unable to forward." Doc. 5. Plaintiff has not provided the Court with a current address.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute**.**

IN CHAMBERS  this 28th day of November 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**